ANDREW F. PIERCE (State Bar No. 101889)
SCOTT A. BERMAN (State Bar No. 191460)
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, CA 94303
Telephone: (650) 843-1900
Facsimile: (650) 843-1999
Email: apierce@pierceshearer.com
scott@pierceshearer.com

Attorneys for Plaintiffs
NOVATO FORD, INC. and ALI OMOOMY

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CYNTHIA LIU (State Bar No. 263270)
SNR Denton US LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: michael.barnes@snrdenton.com
sonia.martin@snrdenton.com
cynthia.liu@snrdenton.com

Attorneys for Defendants
ZURICH AMERICAN INSURANCE
COMPANY and UNIVERSAL
UNDERWRITERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NOVATO FORD, INC., and ALI OMOOMY,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, and DOES 1 through 50,<br><br>    Defendants. | No. CV 10-2676 PJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

Case No. CV 10-2676 PJH

-1-

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON

PAGE 2/8 * RCVD AT 1/20/2011 3:30:33 PM [Central Standard Time] * SVR:CHI2KRF01/21 * DNIS:4777 * CSID: * DURATION (mm-ss):02-13

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action, having settled, shall be DISMISSED in its entirety WITH PREJUDICE and with each side to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: January 20, 2011

Respectfully submitted,

PIERCE & SHEARER LLP

By /s/ Scott Berman
SCOTT A. BERMAN

Attorneys for Plaintiffs
NOVATO FORD, INC. and ALI OMOOMY

Dated: January 20, 2011

SNR DENTON US LLP

By_____/S/ MICHAEL BARNES_____
MICHAEL BARNES

Attorneys for Defendants
ZURICH AMERICAN INSURANCE COMPANY
and UNIVERSAL UNDERWRITERS
INSURANCE COMPANY

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 20, 2011

By_____/S/ MICHAEL BARNES_____
MICHAEL BARNES

Case No. CV 10-2676 PJH

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE ORDER THEREON

PAGE 3/8 * RCVD AT 1/20/2011 3:30:33 PM [Central Standard Time] * SVR:CHI2KRF01/21 * DNIS:4777 * CSID: * DURATION (mm-ss):02-13

## ORDER

In view of the foregoing stipulation, and good cause appearing therefor, the Court finds that this action should be, and hereby is, dismissed in its entirety with prejudice, with each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.    1/24/11



Phyllis J. Hamilton
United S...
Judge Phyllis J. Hamilton

Case No. CV 10-2676 PJH                            -3-                 STIPULATION FOR DISMISSAL WITH PREJUDICE ORDER THEREON

PAGE 4/8 * RCVD AT 1/20/2011 3:30:33 PM [Central Standard Time] * SVR:CHI2KRF01/21 * DNIS:4777 * CSID: * DURATION (mm-ss):02-13